# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                                                                              Criminal No. 17-0037(SRN/HB)

        Plaintiff,

v.                                                                  **ORDER**

DONELL DEON FLOWERS,

        Defendant.

This matter is before the Court on Defendant's motion for extension of time to file sentencing position pleadings in this case. [Doc. No. 31] The Defendant asks for an extension until September 8, 2017 which to file position pleadings (currently due July 19, 2017), noting that sentencing has not yet been scheduled in this case.

Accordingly, based on all of the files, records, and proceedings herein, the Court hereby GRANTS the motion and extends the filing deadline for sentencing position papers in this case to two weeks before the sentencing date.

IT IS SO ORDERED.

Dated:  July 14, 2017                                       s/Susan Richard Nelson
                                                           SUSAN RICHARD NELSON
                                                           United States District Judge